**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                January 23, 2014

Courtroom Deputy: Kathleen Finney
Court Reporter:    Tracy Weir
Probation Officer: Justine Kozak

**Criminal Action No.  12-cr-00324-REB-4**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | James Boma |
| Plaintiff, | |
| v. | |
| 4.  CARMELITA ARCHULETA, | Kevin McGreevy |
| | Jessica Schmidt |
| Defendant. | |

**SENTENCING MINUTES**

**9:11 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report.

Counsel for the government confirms that counsel has read the presentence report.

Counsel for the defendant informs the court that counsel has read and discussed the

presentence report with the defendant.

Now pending before the court and relevant to sentencing are the following papers: the defendant's **Motion for a Below Guideline or Statutory "Variant" Sentence** [#296] filed January 8, 2014; the **Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b)** [#297] filed January 10, 2014; and the government's **Motion to Dismiss Counts One Through Three of the Indictment with Prejudice as to This Defendant Only at the Conclusion of Her Sentencing Hearing** [#298] filed January 10, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1.   That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

   2.   That the pending motions are resolved as follows: the defendant's **Motion for a Below Guideline or Statutory "Variant" Sentence** [#296], the **Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b)** [#297], and the government's **Motion to Dismiss Counts One Through Three of the Indictment with Prejudice as to This Defendant Only at the Conclusion of Her Sentencing Hearing** [#298] are **GRANTED**;

   3.   That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Information;

   4.   That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **two (2) years**;

   5.   That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived; and

10. That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Indictment and under the authority of Fed. R. Crim. P. 32.2(b)(3) and the statutory provisions of 21 U.S.C. § 853(c).

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**9:31 a.m.    Court in recess.**

Total time in court: 00:20

Hearing concluded.