PS 42
(Rev. 7/93)

# United States District Court
### District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Carmelita Archuleta ) | Case No. 1:12-cr-00324-REB-04 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Carmelita Archuleta__, have discussed with __Stephanie Hartz__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

2. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  03/01/16      _[signature]_  3-1-16
Signature of Defendant   Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature] (for Kevin McGreevy)_   3/2/16
Signature of Defense Counsel   Date

☒ The above modification of conditions of release is ordered, to be effective on March 10, 2016.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                        March 10, 2016
Signature of Judicial Officer                        Date